# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 269 EAL 2020
: 
Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
: 
: 
JEROME JOHNSON, :
: 
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 270 EAL 2020
: 
Respondent :
: 
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
: 
: 
JEROME JOHNSON, :
: 
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 271 EAL 2020
: 
Respondent :
: 
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
: 
: 
JEROME JOHNSON, :
: 
Petitioner :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 272 EAL 2020

                         Respondent     :

                                        :   Petition for Allowance of Appeal

                                        :   from the Order of the Superior Court

                    v.                   :

                                        :

JEROME JOHNSON,                   :

                                        :

                       Petitioner       :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 18th day of November, 2020, the Petitions for Allowance of Appeal are **DENIED**.

[269 EAL 2020, 270 EAL 2020, 271 EAL 2020 and 272 EAL 2020] - 2